CL

BRIAN F. CURLEY, ESQ. (9103)
35 Airport Road, Suite 330
P.O. Box 1314
Morristown, New Jersey 07962-1314
(973) 538-0700
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEERA SHIN, Ph.D., <br><br> Plaintiff, <br><br> vs. <br><br> KEAN UNIVERSITY, <br><br> Defendant. | Civil Action No. 2:05-CV-2134(KSH) SRC <br><br><br> STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE |

The parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter has been settled upon terms memorialized in a Release executed by the Plaintiff which is hereby incorporated by reference as if set forth at length and made a part of the record.

Further, the parties hereto, through their undersigned counsel, further stipulate and agree that the within matter is dismissed with prejudice and without costs to either party, and that the court shall retain jurisdiction and authority to enforce the terms of settlement.

Brian F. Curley, Esq.
Attorney for Plaintiff

Anne Milgram
Attorney General of New Jersey

/s/ Brian F. Curley

By: /s/ Pamela M. Mosley Gresham
Pamela Mosley Gresham
Deputy Attorney General

Dated: October 3, 2007

Dated: 10/4/07

SO ORDERED: _____
STANLEY R. CHESLER, U.S.D.J.